STATE of Missouri, Respondent,

v.

**Brian SHROUT, Appellant.**

**Nos. WD 51661, WD 52967.**

Missouri Court of Appeals,
Western District.

May 13, 1997.

David Simpson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., SPINDEN and HOWARD, JJ.

PER CURIAM.

### ORDER

Brian Shrout appeals his sodomy conviction and the circuit court's denial of his Rule 29.15 motion for post-conviction relief. We affirm the conviction and the denial of his motion. Rules 30.25(b) and 84.16(b).

STATE of Missouri, Respondent,

v.

**Wilrus TURNER, Appellant.**

**No. WD 52786.**

Missouri Court of Appeals,
Western District.

May 13, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Wilrus Turner appeals from his conviction by jury for assault in the first degree, § 565.050, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994. Turner was sentenced as a prior and persistent offender to two concurrent terms of thirty years imprisonment.

Judgment affirmed. Rule 30.25(b).